UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

IN RE:

Ronald Adams

          **BANKRUPTCY CASE NUMBER**
    (Debtor),     97-24458-C-13

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Securitized Multiple Asset, in the amount of $177.83, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 1/16/2001 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that NCO Financial Systems, Inc. c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $177.83 to NCO Financial Systems, Inc. c/o Dilks & Knopik, LLC at the following address:

P.O. Box 502,
Redmond, WA 98073-0502

Dated: **OCT 0 6 2005**

*[signature]*

UNITED STATES BANKRUPTCY JUDGE

unclaimed.fds
6/23/98

40