# DILKS & KNOPIK, LLC

"When Success Matters"

October 29, 2009

United State Bankruptcy Court
Southern District of Texas
Attn: Financial Administrator
515 Rusk Ave, Room 1217
Houston, TX 77002

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

NOV 0 2 2009

Clerk of Court

Re: Unclaimed Funds:
    Case# 97-24458-C-13
    Amount: $177.83
    Debtor: Ronald Adams
    Creditor: Securitized Multiple Asset

Dear Financial Administrator:

I am writing to inquire about the status of an application that was filed with your court on 9/6/2005. The application was filed by Dilks & Knopik, LLC, on behalf of NCO Financial Systems, Inc., Case#97-24458-C-13, for the recovery of unclaimed funds held in the amount of $177.83.

According to the dockets, the order was signed on 10-6-05. We have not received payment or any other correspondence from court regarding this application since then. I am hoping you can provide status of this Application.

Thank you for taking to the time to review this inquiry. You may indicate the status of this application via e-mail at pam.dilks@dilksknopik.com or by phone at (877) 836-5728 x108. If you need additional information or have specific questions regarding this application, please contact me soon as possible. Thanks again for your time.

Sincerely,

Pam Dilks
Associate

28431 SE Preston Way  
PO Box 2728  
Issaquah, WA 98027

Phone (425) 836-5728  
Fax     (425) 650-9930  
Email  admin@dilksknopik.com

www.dilksknopik.com